**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Corey Bakhshpour

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY BAKHSHPOUR,<br><br>    Plaintiff,<br><br>v<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>    Defendant. | No. EDCV12-445 MRW<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of THREE THOUSAND THREE HUNDRED DOLLARS and NO CENTS ($3,300.00) for attorney fees and THREE HUNDRED SIXTY-NINE DOLLARS and FIFTY-FIVE CENTS ($369.55) for costs, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: 3/21/2013

_____
THE HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

1